**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Carolyn D. Whitfield aka Carolyn P Whitfield | CHAPTER 13 |
| Debtor(s) | BKY. NO. 16-10709 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Citibank, N.A., as trustee for CMLTI Asset Trust and index same on the master mailing list.

                                  Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
19 Jan 2021, 12:06:29, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: b6ebc6970c96936461e3358cd14ba8123a05004f93592e7c151515e454a92647