**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

            Chapter 13

            Bankruptcy No. 16-10709-ELF

CAROLYN D. WHITFIELD

1627 W. NEDRO AVENUE

PHILADELPHIA, PA 19141-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CAROLYN D. WHITFIELD

1627 W. NEDRO AVENUE

PHILADELPHIA, PA 19141-

Counsel for debtor(s), by electronic notice only.

MONTGOMERY L WILSON
COMMUNITY LEGAL SERVICES INC
1410 W. ERIE AVENUE
PHILADELPHIA, PA 19140-

Date: 1/22/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee