UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Carolyn D. Whitfield<br>aka Carolyn P. Whitfield<br>        Debtor | Case No.: 16-10709-elf<br><br>Chapter: 13 |
| SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust<br>        Movant<br>v.<br><br>Carolyn D. Whitfield<br>aka Carolyn P. Whitfield<br>Kenneth E. West - Trustee<br>        Respondents | Judge: Eric L. Frank |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Certification of Default filed by SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust dated December 6, 2021, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby **MODIFIED** pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all *in rem* rights available to it under applicable law with respect to 1627 W. Nedro Avenue, Philadelphia, PA 19141, and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect.

Date: 12/15/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**