UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      Carolyn D. Whitfield                          Case No.: 16-10709-elf
            aka Carolyn P. Whitfield
                        Debtor                            Chapter: 13

            SN Servicing Corporation as servicer         Judge: Eric L. Frank
            for U.S. Bank Trust National
            Association, as Trustee of LB-Igloo
            Series IV Trust
            Movant
            v.

            Carolyn D. Whitfield
            aka Carolyn P. Whitfield
            Kenneth E. West - Trustee
                        Respondents

## A M E N D E D   O R D E R

**UPON** consideration of the Certification of Default filed by SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust dated December 6, 2021, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby **MODIFIED** pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all *in rem* rights available to it under applicable law with respect to 1627 W. Nedro Avenue, Philadelphia, PA 19141, and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect.

It is further **ORDERED** that this Order is **STAYED** pending the court's ruling on the Debtor's Objection to the Certification of Default (Doc. # 282).  A telephonic hearing on the Objection is **SCHEDULED on January 11, 2022, at 9:30 a.m.**

Date:  12/15/21

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**