United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 16-10709-elf |
|---|---|
| Carolyn D. Whitfield | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 15, 2021 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn D. Whitfield, 1627 W. Nedro Avenue, Philadelphia, PA 19141-1811 |
| cr | | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Crescent Bank & Trust, P.O. Box 562088, Suite 900 North, Dallas, TX 75356-2088 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Wilmington Savings Fund Society, FSB D/B/A Christi, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Wilmington Savings Fund Society, FSB, Not In Its I, Main Office, c/o Rosicki, Rosicki & Associates, P.C., 51 East Bethpage Road, Plainview, NY 11803-4224 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, The Law Offices of Michelle Ghidotti, 5120 E. La Palma, Suite 206, Anaheim Hills, CA 92807-2091 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: megan.harper@phila.gov | | |
| | | Dec 15 2021 23:32:00 | City of philadelphia, Law Department, c/o Megan N. Harper, 1401 JFK Blvd., Rm 580, Philadelphia, PA 19102 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | * | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2021      Signature:      /s/Joseph Speetjens

District/off: 0313-2                     User: admin                                Page 2 of 2
Date Rcvd: Dec 15, 2021                  Form ID: pdf900                             Total Noticed: 9

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Wilmington Savings Fund Society  FSB D/B/A Christiana Trust, et al cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society  FSB D/B/A Christiana Trust, et al djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DEVON E. SANDERS | on behalf of Debtor Carolyn D. Whitfield dsanders@clsphila.org |
| JONATHAN C. SCHWALB | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB-Igloo Series IV Trust bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor HEMAP Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB-Igloo Series IV Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| MEGAN N. HARPER | on behalf of Creditor City of philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MONTGOMERY L. WILSON | on behalf of Debtor Carolyn D. Whitfield mwilson@clsphila.org |
| MONTGOMERY L. WILSON | on behalf of Plaintiff Carolyn D. Whitfield mwilson@clsphila.org |
| REBECCA ANN SOLARZ | on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| STEPHEN SHUCHING HO | on behalf of Defendant Internal Revenue Service Stephen.S.Ho@usdoj.gov eastern.taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WARD W. BENSON | on behalf of Defendant Internal Revenue Service wardlow.w.benson@usdoj.gov robert.d.metcalfe@usdoj.gov;eastern.taxcivil@usdoj.gov;erin.darden@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Crescent Bank & Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| WILLIAM EDWARD MILLER | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BROUGHAM FUND I TRUST c/o BSI FINANCIAL SERVICES wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| WILLIAM EDWARD MILLER | on behalf of Creditor Wilmington Savings Fund Society  FSB, Not In Its Individual Capacity But Solely As Trustee For The Primestar-H Fund I Trust. C/O Statebridge Company, LLC wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| WILLIAM EDWARD MILLER | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |

TOTAL: 20

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Carolyn D. Whitfield<br>aka Carolyn P. Whitfield<br>    Debtor | Case No.: 16-10709-elf |
| | | Chapter: 13 |
| | SN Servicing Corporation as servicer<br>for U.S. Bank Trust National<br>Association, as Trustee of LB-Igloo<br>Series IV Trust<br>Movant<br>v. | Judge: Eric L. Frank |
| | Carolyn D. Whitfield<br>aka Carolyn P. Whitfield<br>Kenneth E. West - Trustee<br>    Respondents | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Certification of Default filed by SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust dated December 6, 2021, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby **MODIFIED** pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all *in rem* rights available to it under applicable law with respect to 1627 W. Nedro Avenue, Philadelphia, PA 19141, and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect.

Date:  12/15/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**