UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Carolyn Whitfield, | : | |
| | : | |
| Debtor | : | Bankruptcy No.    16-10709 ELF |
| | : | |

## CERTIFICATE OF SERVICE

    I, Montgomery L. Wilson, certify that a copy of the foregoing Joint Stipulation was sent to the creditors listed on the attached Notice of Electronic Filing on March 10, 2022 via the Court's electronic ECF filing system.

*See attached Notice of Electronic Filing*

BY:  /s/Montgomery L. Wilson
Montgomery L. Wilson, Esq.
Community Legal Services, Inc.
1410 W. Erie Ave.,
Philadelphia, PA 19140
Tel: 215-227-2401
mwilson@clsphila.org

DATE: March 10, 2022

```
MIME-Version:1.0
From:BKECF_LiveDB@paeb.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc: Edelyne.Jean-Baptiste@Phila.gov, Stephen.S.Ho@usdoj.gov, bankruptcy@friedmanvartolo.com, bkecf@sterneisenberg.com, bkgroup@kmllawgroup.com, cmcmonagle@
Do not notice for BK case:

Message-Id:<30506558@paeb.uscourts.gov>
Subject:16-10709-elf Stipulation
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

### Eastern District of Pennsylvania

Notice of Electronic Filing

The following transaction was received from MONTGOMERY L. WILSON entered on 3/10/2022 at 1:26 PM EST and filed on 3/10/2022

**Case Name:** Carolyn D. Whitfield
**Case Number:** 16-10709-elf
**Document Number:** 294

**Docket Text:**
Stipulation By Carolyn D. Whitfield and Between Carolyn Whitfield & SN Servicing Corp. . Filed by MONTGOMERY L. WILSON on behalf of Carolyn D. Whitfield (related document(s)[292]). (Attachments: # (1) Proposed Order) (WILSON, MONTGOMERY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 7.ProposedStip.Cert.Default.Whitfield.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=3/10/2022] [FileNumber=30506556-0] [6fb5eb5df98d31b4bf12edcb830bb6c8a9922ff147fb44ff89be3297e2d4f1333d 32b47194dd3af63eeb17b138ff7ad47cca24da4d5bdcad131049429e3efaf6]]

**Document description:** Proposed Order
**Original filename:** C:\fakepath\8.proposedorder.stip.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=3/10/2022] [FileNumber=30506556-1] [14b0a19db2183e0d64f74fae9e7230cc8b7be39598849aa38e2443103b1e7ff6f2 f716f82ddb05ce6cc111939fc2b604ff67ef87eeb04800325e762ef60e0d69]]

**16-10709-elf Notice will be electronically mailed to:**

WARD W. BENSON on behalf of Defendant Internal Revenue Service
wardlow.w.benson@usdoj.gov, robert.d.metcalfe@usdoj.gov;eastern.taxcivil@usdoj.gov;erin.darden@usdoj.gov

WILLIAM EDWARD CRAIG on behalf of Creditor Crescent Bank & Trust
ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

LORRAINE GAZZARA DOYLE on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust
ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

LEON P. HALLER on behalf of Creditor HEMAP Pennsylvania Housing Finance Agency
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

MEGAN N. HARPER on behalf of Creditor City of philadelphia
megan.harper@phila.gov, Edelyne.Jean-Baptiste@Phila.gov

STEPHEN SHUCHING HO on behalf of Defendant Internal Revenue Service
Stephen.S.Ho@usdoj.gov, eastern.taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov

DANIEL P. JONES on behalf of Creditor Wilmington Savings Fund Society, FSB D/B/A Christiana Trust, et al
djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust
djones@sterneisenberg.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE on behalf of Creditor Wilmington Savings Fund Society, FSB D/B/A Christiana Trust, et al
cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust
cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

WILLIAM EDWARD MILLER on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL

CAPACITY BUT SOLELY AS TRUSTEE FOR BROUGHAM FUND I TRUST c/o BSI FINANCIAL SERVICES
wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER on behalf of Creditor Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely As Trustee For The Primestar-H Fund I Trust. C/O Statebridge Company, LLC
wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust
wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

DEVON E. SANDERS on behalf of Debtor Carolyn D. Whitfield
dsanders@clsphila.org

JONATHAN C. SCHWALB on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust
bankruptcy@friedmanvartolo.com

REBECCA ANN SOLARZ on behalf of Creditor Citibank, N.A., as trustee for CMLTI Asset Trust
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

MONTGOMERY L. WILSON on behalf of Debtor Carolyn D. Whitfield
mwilson@clsphila.org

MONTGOMERY L. WILSON on behalf of Plaintiff Carolyn D. Whitfield
mwilson@clsphila.org

**16-10709-elf Notice will not be electronically mailed to:**

Citibank, N.A., as trustee for CMLTI Asset Trust
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust
,