UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Carolyn Whitfield, | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-10709 ELF |
| | : | |

## O R D E R

**AND NOW,** it is hereby **ORDERED** that the Stipulation between SN Servicing Corporation and the Debtor (Doc. # 294) is **APPROVED**; and

**IT IS FURTHER ORDERED** that the automatic stay, in effect pursuant to 11 U.S.C. § 362(a), shall remain in full force and effect pending a further order from the Court; and

**IT IS FURTHER ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and

**IT IS FURTHER ORDERED** that a telephonic hearing on the pending request for relief by SN Servicing and the Debtor's objection is **SCHEDULED on May 10, 2022, at 9:30 a.m.**

Date: 3/11/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**