United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10709-elf |
| Carolyn D. Whitfield | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 11, 2022 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn D. Whitfield, 1627 W. Nedro Avenue, Philadelphia, PA 19141-1811 |
| cr | | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Crescent Bank & Trust, P.O. Box 562088, Suite 900 North, Dallas, TX 75356-2088 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Wilmington Savings Fund Society, FSB D/B/A Christi, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Wilmington Savings Fund Society, FSB, Not In Its I, Main Office, c/o Rosicki, Rosicki & Associates, P.C., 51 East Bethpage Road, Plainview, NY 11803-4224 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, The Law Offices of Michelle Ghidotti, 5120 E. La Palma, Suite 206, Anaheim Hills, CA 92807-2091 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: megan.harper@phila.gov | Mar 11 2022 22:14:00 | City of philadelphia, Law Department, c/o Megan N. Harper, 1401 JFK Blvd., Rm 580, Philadelphia, PA 19102 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | * | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 13, 2022 | Signature: | /s/Joseph Speetjens |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Mar 11, 2022 Form ID: pdf900 Total Noticed: 9

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|

**CHRISTOPHER M. MCMONAGLE**
on behalf of Creditor Wilmington Savings Fund Society FSB D/B/A Christiana Trust, et al cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

**CHRISTOPHER M. MCMONAGLE**
on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

**DANIEL P. JONES**
on behalf of Creditor Wilmington Savings Fund Society FSB D/B/A Christiana Trust, et al djones@sterneisenberg.com, bkecf@sterneisenberg.com

**DANIEL P. JONES**
on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

**DEVON E. SANDERS**
on behalf of Debtor Carolyn D. Whitfield dsanders@clsphila.org

**JONATHAN C. SCHWALB**
on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust bankruptcy@friedmanvartolo.com

**KENNETH E. WEST**
ecfemails@ph13trustee.com philaecf@gmail.com

**LEON P. HALLER**
on behalf of Creditor HEMAP Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

**LORRAINE GAZZARA DOYLE**
on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

**MEGAN N. HARPER**
on behalf of Creditor City of philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

**MONTGOMERY L. WILSON**
on behalf of Debtor Carolyn D. Whitfield mwilson@clsphila.org

**MONTGOMERY L. WILSON**
on behalf of Plaintiff Carolyn D. Whitfield mwilson@clsphila.org

**REBECCA ANN SOLARZ**
on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

**STEPHEN SHUCHING HO**
on behalf of Defendant Internal Revenue Service Stephen.S.Ho@usdoj.gov eastern.taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**WARD W. BENSON**
on behalf of Defendant Internal Revenue Service wardlow.w.benson@usdoj.gov robert.d.metcalfe@usdoj.gov;eastern.taxcivil@usdoj.gov;erin.darden@usdoj.gov

**WILLIAM EDWARD CRAIG**
on behalf of Creditor Crescent Bank & Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com

**WILLIAM EDWARD MILLER**
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BROUGHAM FUND I TRUST c/o BSI FINANCIAL SERVICES wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

**WILLIAM EDWARD MILLER**
on behalf of Creditor Wilmington Savings Fund Society FSB, Not In Its Individual Capacity But Solely As Trustee For The Primestar-H Fund I Trust. C/O Statebridge Company, LLC wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

**WILLIAM EDWARD MILLER**
on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

TOTAL: 20

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Carolyn Whitfield, | : | |
| | : | |
| Debtor | : | Bankruptcy No.   16-10709 ELF |
| | : | |

**O R D E R**

**AND NOW,** it is hereby **ORDERED** that the Stipulation between SN Servicing Corporation and the Debtor (Doc. # 294) is **APPROVED**; and

**IT IS FURTHER ORDERED** that the automatic stay, in effect pursuant to 11 U.S.C. § 362(a), shall remain in full force and effect pending a further order from the Court; and

**IT IS FURTHER ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and

**IT IS FURTHER ORDERED** that a telephonic hearing on the pending request for relief by SN Servicing and the Debtor's objection is **SCHEDULED on May 10, 2022, at 9:30 a.m.**

Date:  3/11/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**