UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Carolyn D. Whitfield<br>aka Carolyn P. Whitfield<br>              Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust<br>              Movant<br>v.<br><br>Carolyn D. Whitfield<br>aka Carolyn P. Whitfield<br>Kenneth E. West - Trustee<br>              Respondents | Case No.: 16-10709-elf<br><br>Chapter: 13<br><br>Judge: Eric L. Frank |

## ORDER APPROVING SETTLEMENT STIPULATION

AND NOW, this  9th  day of  June , 2022, it is hereby ORDERED ~~and DECREED~~ that the Settlement Stipulation resolving Creditor, SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust's ("SN Servicing Corp.") Certification of Default (Doc. 302) is hereby APPROVED.

It is further ORDERED ~~and DECREED~~ that the December 15, 2021 Order granting relief from the automatic stay to the Movant, SN Servicing Corp, is hereby VACATED and the automatic stay is reinstated as to the Movant.

_____
Eric L. Frank, Bankruptcy Judge