United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10709-elf |
| Carolyn D. Whitfield | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 10, 2022 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn D. Whitfield, 1627 W. Nedro Avenue, Philadelphia, PA 19141-1811 |
| cr | | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Crescent Bank & Trust, P.O. Box 562088, Suite 900 North, Dallas, TX 75356-2088 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Wilmington Savings Fund Society, FSB D/B/A Christi, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Wilmington Savings Fund Society, FSB, Not In Its I, Main Office, c/o Rosicki, Rosicki & Associates, P.C., 51 East Bethpage Road, Plainview, NY 11803-4224 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, The Law Offices of Michelle Ghidotti, 5120 E. La Palma, Suite 206, Anaheim Hills, CA 92807-2091 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: megan.harper@phila.gov | Jun 10 2022 23:51:00 | City of philadelphia, Law Department, c/o Megan N. Harper, 1401 JFK Blvd., Rm 580, Philadelphia, PA 19102 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | * | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jun 12, 2022 | Signature: | /s/Gustava Winters |

Case 16-10709-elf    Doc 304    Filed 06/12/22    Entered 06/13/22 00:27:34    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2022 | Form ID: pdf900 | Total Noticed: 9 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2022 at the address(es) listed below:**

**Name**      **Email Address**

CHRISTOPHER M. MCMONAGLE
> on behalf of Creditor Wilmington Savings Fund Society  FSB D/B/A Christiana Trust, et al cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE
> on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

DANIEL P. JONES
> on behalf of Creditor Wilmington Savings Fund Society  FSB D/B/A Christiana Trust, et al djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES
> on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

DEVON E. SANDERS
> on behalf of Debtor Carolyn D. Whitfield dsanders@clsphila.org

JONATHAN C. SCHWALB
> on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB-Igloo Series IV Trust bankruptcy@friedmanvartolo.com

KENNETH E. WEST
> ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER
> on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB-Igloo Series IV Trust lmoyer@friedmanvartolo.com

LEON P. HALLER
> on behalf of Creditor HEMAP Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

LORRAINE GAZZARA DOYLE
> on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB-Igloo Series IV Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

MEGAN N. HARPER
> on behalf of Creditor City of philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MONTGOMERY L. WILSON
> on behalf of Debtor Carolyn D. Whitfield mwilson@clsphila.org

MONTGOMERY L. WILSON
> on behalf of Plaintiff Carolyn D. Whitfield mwilson@clsphila.org

REBECCA ANN SOLARZ
> on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

STEPHEN SHUCHING HO
> on behalf of Defendant Internal Revenue Service Stephen.S.Ho@usdoj.gov eastern.taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov

United States Trustee
> USTPRegion03.PH.ECF@usdoj.gov

WARD W. BENSON
> on behalf of Defendant Internal Revenue Service wardlow.w.benson@usdoj.gov  eastern.taxcivil@usdoj.gov

WILLIAM EDWARD CRAIG
> on behalf of Creditor Crescent Bank & Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

WILLIAM EDWARD MILLER
> on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BROUGHAM FUND I TRUST c/o BSI FINANCIAL SERVICES wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER
> on behalf of Creditor Wilmington Savings Fund Society  FSB, Not In Its Individual Capacity But Solely As Trustee For The Primestar-H Fund I Trust. C/O Statebridge Company, LLC wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER
> on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

District/off: 0313-2                                 User: admin                                              Page 3 of 3
Date Rcvd: Jun 10, 2022                            Form ID: pdf900                                    Total Noticed: 9
TOTAL: 21

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Carolyn D. Whitfield<br>aka Carolyn P. Whitfield<br>Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust<br>Movant<br>v.<br><br>Carolyn D. Whitfield<br>aka Carolyn P. Whitfield<br>Kenneth E. West - Trustee<br>Respondents | Case No.: 16-10709-elf<br><br>Chapter: 13<br><br>Judge: Eric L. Frank |

### ORDER APPROVING SETTLEMENT STIPULATION

AND NOW, this  9th  day of  June , 2022, it is hereby ORDERED ~~and DECREED~~ that the Settlement Stipulation resolving Creditor, SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust's ("SN Servicing Corp.") Certification of Default (Doc. 302) is hereby APPROVED.

It is further ORDERED ~~and DECREED~~ that the December 15, 2021 Order granting relief from the automatic stay to the Movant, SN Servicing Corp, is hereby VACATED and the automatic stay is reinstated as to the Movant.

_____
Eric L. Frank, Bankruptcy Judge