# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-10709-ELF

CAROLYN D. WHITFIELD

1627 W. NEDRO AVENUE

PHILADELPHIA, PA 19141-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CAROLYN D. WHITFIELD

    1627 W. NEDRO AVENUE

    PHILADELPHIA, PA 19141-

Counsel for debtor(s), by electronic notice only.

    MONTGOMERY L WILSON
    COMMUNITY LEGAL SERVICES INC
    1410 W. ERIE AVENUE
    PHILADELPHIA, PA 19140-

Date: 6/14/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee