UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE CAROLYN D. WHITFIELD, | : | CHAPTER 13 |
| | : | |
| Debtor | : | BR. NO. 16-10709-ELF |
| | : | |
| | : | **Hearing: 9/13/2022** |
| | : | **at 10:00 a.m. in Courtroom #1** |
| | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

To All Interested Parties:

    The Debtor in this case, Carolyn D. Whitfield, has filed an a Motion to Modify her Confirmed Chapter 13 Plan after confirmation, seeking leave to file the attached proposed amended plan.

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

    Carolyn Whitfield has filed a motion to modify her bankruptcy plan after confirmation, seeking leave pursuant to § 1329(d) of the Code to file the new proposed plan attached to her motion.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **8/30/2022 you or your attorney must file a response to the Motion**. (*see Instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held on **9/13/2022, at 10:00 a.m. in Courtroom #1 before the Honorable Judge Eric L. Frank, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 901 Market Street, Philadelphia, Pennsylvania 19107.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## **Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at

   > Clerk of the U.S. Bankruptcy Court
   > Robert N.C. Nix Sr. Federal Courthouse
   > 900 Market Street
   > Philadelphia, PA 19107
   > Telephone: 215-408-2800

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    > Montgomery L. Wilson, Esq.
    > Community Legal Services, Inc.
    > 1410 W. Erie Avenue
    > Philadelphia, PA 19140
    > Tele: (215) 227-2400
    > Email: mwilson@clsphila.org

Date: August 11, 2022