# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Carolyn D. Whitfield | : | |
|          Debtor(s) | : Case No. | 16-10709-elf |
| | : Chapter | 13 |
| | : | |

## CERTIFICATION OF SERVICE

    I, Montgomery L. Wilson, Esq., counsel for debtor(s) herein, certify that I filed the Debtor's supplemental proposed 4th Amendeed Plan – dated August 31, 2022 – with the Electronic Filing System, and have received a "Notice of Electronic Filing" confirming that the following parties have received service or notice of the debtor's motion, by reason of their registration in compliance with paragraph 2(c) and (d) of ECF Standing Order 03-3005 and as amended by ECF Standing Order 04-3009:

| | |
|---|---|
| Kenneth E. West, Esquire<br>Chapter 13 Standing Trustee<br>(via email) | Office of the U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA  19107<br>(via email) |

### See attached supplemental list of creditors served via ECF System

    Additionally, pursuant to F.R.B.P. 3015(h) and L.B.R. 3015-5(d), a copy of Debtor's Motion has been served, by first class U.S. mail, postage prepaid, on the date

1

below to all other creditor(s) as listed below on the date below:

U.S. Bank Trust Nat'l Asso., as Trustee of LB-Igloo Series IV Trust
c/o: SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

(by first class mail)

Date: September 6, 2022      Signed: /s/ Montgomery L. Wilson
                                     Attorney for the Debtor(s)

                                     Montgomery L. Wilson, Esquire
                                     Community Legal Services, Inc.
                                     North Philadelphia Law Center
                                     1410 W. Erie Avenue
                                     Philadelphia, PA 19140
                                     Tel.: (215) 227-2400
                                     Fax: (215) 227-2435
                                     mwilson@clsphila.org

2

Ch-13 16-10709-elf Chapter 13 Plan - Carolyn D. Whitfie

BKECF_LiveDB@paeb.uscourts.gov <BKECF_LiveDB@paeb.uscourts.gov>

Fri 9/2/2022 7:41 PM

To: Courtmail@paeb.uscourts.gov <Courtmail@paeb.uscourts.gov>

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## Eastern District of Pennsylvania

Notice of Electronic Filing

The following transaction was received from MONTGOMERY L. WILSON entered on 9/2/2022 at 7:40 PM EST and filed on 9/2/2022

**Case Name:** Carolyn D. Whitfield
**Case Number:** 16-10709-elf
**Document Number:** 314

**Docket Text:**
Chapter 13 Plan *Supplemental 10th Amended Plan - dated August 31, 2022* Filed by Carolyn D. Whitfield. (WILSON, MONTGOMERY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2.C.Whitfield.10thAmendPlan.suppl8.31.22.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=9/2/2022] [FileNumber=30829890-0
] [6696e164907d083dafb22757651c5ca7624f8f01ecdbd4b645dd5cc91d5eb13765f
91df288c761fc8bf8baf1711779e222f6fde557fb85f82a4adfc99702d3c6]]

**16-10709-elf Notice will be electronically mailed to:**

WARD W. BENSON on behalf of Defendant Internal Revenue Service
wardlow.w.benson@usdoj.gov, eastern.taxcivil@usdoj.gov

WILLIAM EDWARD CRAIG on behalf of Creditor Crescent Bank & Trust
ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

LORRAINE GAZZARA DOYLE on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust
ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

LEON P. HALLER on behalf of Creditor HEMAP Pennsylvania Housing Finance Agency
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

MEGAN N. HARPER on behalf of Creditor City of philadelphia
megan.harper@phila.gov, Edelyne.Jean-Baptiste@Phila.gov

STEPHEN SHUCHING HO on behalf of Defendant Internal Revenue Service
Stephen.S.Ho@usdoj.gov, eastern.taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov

DANIEL P. JONES on behalf of Creditor Wilmington Savings Fund Society, FSB D/B/A Christiana Trust, et al
djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust
djones@sterneisenberg.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE on behalf of Creditor Wilmington Savings Fund Society, FSB D/B/A Christiana Trust, et al
cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust
cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

WILLIAM EDWARD MILLER on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BROUGHAM FUND I TRUST c/o BSI FINANCIAL SERVICES
wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER on behalf of Creditor Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely As Trustee For The Primestar-H Fund I Trust. C/O Statebridge Company, LLC
wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust
wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

LAUREN MOYER on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust
lmoyer@friedmanvartolo.com

DEVON E. SANDERS on behalf of Debtor Carolyn D. Whitfield
dsanders@clsphila.org

JONATHAN C. SCHWALB on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust

bankruptcy@friedmanvartolo.com

REBECCA ANN SOLARZ on behalf of Creditor Citibank, N.A., as trustee for CMLTI Asset Trust
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

MONTGOMERY L. WILSON on behalf of Debtor Carolyn D. Whitfield
mwilson@clsphila.org

MONTGOMERY L. WILSON on behalf of Plaintiff Carolyn D. Whitfield
mwilson@clsphila.org

**16-10709-elf Notice will not be electronically mailed to:**

Citibank, N.A., as trustee for CMLTI Asset Trust
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust
,