## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| **CAROLYN D. WHITFIELD,** | : | |
| Debtor | : | Bky. No. 16-10709 ELF |

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #314) is **APPROVED**.

**Date: October 4, 2022**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**