United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 16-10709-elf

Carolyn D. Whitfield                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 04, 2022 | Form ID: pdf900 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn D. Whitfield, 1627 W. Nedro Avenue, Philadelphia, PA 19141-1811 |
| cr | | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Crescent Bank & Trust, P.O. Box 562088, Suite 900 North, Dallas, TX 75356-2088 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Wilmington Savings Fund Society, FSB D/B/A Christi, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Wilmington Savings Fund Society, FSB, Not In Its I, Main Office, c/o Rosicki, Rosicki & Associates, P.C., 51 East Bethpage Road, Plainview, NY 11803-4224 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, The Law Offices of Michelle Ghidotti, 5120 E. La Palma, Suite 206, Anaheim Hills, CA 92807-2091 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 05 2022 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 05 2022 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: megan.harper@phila.gov | Oct 05 2022 00:01:00 | City of philadelphia, Law Department, c/o Megan N. Harper, 1401 JFK Blvd., Rm 580, Philadelphia, PA 19102 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | * | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 06, 2022                Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Wilmington Savings Fund Society  FSB D/B/A Christiana Trust, et al cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society  FSB D/B/A Christiana Trust, et al djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DEVON E. SANDERS | on behalf of Debtor Carolyn D. Whitfield dsanders@clsphila.org |
| JONATHAN C. SCHWALB | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB-Igloo Series IV Trust bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB-Igloo Series IV Trust lmoyer@friedmanvartolo.com |
| LEON P. HALLER | on behalf of Creditor HEMAP Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| MEGAN N. HARPER | on behalf of Creditor City of philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MONTGOMERY L. WILSON | on behalf of Debtor Carolyn D. Whitfield mwilson@clsphila.org |
| MONTGOMERY L. WILSON | on behalf of Plaintiff Carolyn D. Whitfield mwilson@clsphila.org |
| ROGER FAY | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB-Igloo Series IV Trust rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| STEPHEN SHUCHING HO | on behalf of Defendant Internal Revenue Service Stephen.S.Ho@usdoj.gov eastern.taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WARD W. BENSON | on behalf of Defendant Internal Revenue Service wardlow.w.benson@usdoj.gov  eastern.taxcivil@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Crescent Bank & Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| WILLIAM EDWARD MILLER | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BROUGHAM FUND I TRUST c/o BSI FINANCIAL |

SERVICES william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER

on behalf of Creditor Wilmington Savings Fund Society  FSB, Not In Its Individual Capacity But Solely As Trustee For The
Primestar-H Fund I Trust. C/O Statebridge Company, LLC william.miller@padgettlawgroup.com,
bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its individual capacity but solely as
Trustee for Brougham Fund I Trust william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com


TOTAL: 21

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                         :          Chapter 13
    **CAROLYN D. WHITFIELD,**          :
        **Debtor**                    :          Bky. No. 16-10709 ELF

**O R D E R**

    **AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

    It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor's Amended Chapter 13 Plan (Doc. #314) is **APPROVED**.


**Date: October 4, 2022**          _____
                            **ERIC L. FRANK**
                            **U.S. BANKRUPTCY JUDGE**