Certificate Number: 17082-PAE-DE-037296945

Bankruptcy Case Number: 16-10709



17082-PAE-DE-037296945

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 27, 2023, at 2:38 o'clock PM MST, CAROLYN WHITFIELD completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 27, 2023            By:   /s/Orsolya K Lazar

                                  Name: Orsolya K Lazar

                                  Title: Executive Director