B2830 (Form 2830) (12/15)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re  **Carolyn D. Whitfield**    Case No. **16-10709**

Debtor(s)

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐    I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address:

My current employer and my employer's address:

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒    I have not claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐    I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on **March 17, 2023**         /s/ Carolyn D. Whitfield
                    03/29/2023 15:48 UTC
               Date                        **Carolyn D. Whitfield**
                                                   Debtor

*Amounts are subjected to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment..



## Envelope Data

Subject: Bankrutpcy form re domestic support
Documents: CW522q.PDF
Document Hash: 4958480
Envelope ID: ENV09710249-0555-EDED-5171-EBFF
Sender: Montgomery Wilson
Sent: 03/24/2023 19:47 PM UTC
Status: Completed
Status Date: 03/29/2023 15:48 PM UTC

Access Authentication: None
Email Access Code: Unchecked
Email Verification: Not enabled

## Recipient(s) / Roles

| Name / Role | Address | Type |
| --- | --- | --- |
| Montgomery Wilson | mwilson@clsphila.org | Sender |
| Carolyn Whitfield | cece907428@gmail.com | Signer |

## Document Events

| Name / Roles | Email | IP Address | Date | Event |
| --- | --- | --- | --- | --- |
| Montgomery Wilson | mwilson@clsphila.org | 68.83.122.178 | 03/24/2023 19:47 PM UTC | Created |
| Carolyn Whitfield | cece907428@gmail.com | 73.81.245.121 | 03/29/2023 15:48 PM UTC | Signed |
|  |  |  | 03/29/2023 15:48 PM UTC | **Status - Completed** |

## Signer Signatures

| Signer Name / Roles | Signature | Initials |
| --- | --- | --- |
| Carolyn Whitfield | *Carolyn Whitfield* |  |