UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE CAROLYN D. WHITFIELD, | : | CHAPTER 13 |
| | : | |
| Debtor | : | BR. NO. 16-10709-AMC |
| | : | |
| | : | |

**ORDER APPROVING STIPULATION**

AND NOW, this <u>17th</u> day of <u>May</u>, 2023, it is hereby ORDERED and DECREED that the Joint Stipulation regarding federal Homeownership Assistance Funds filed by the Debtor Carolyn Whitfield and the Creditor, SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust's ("SN Servicing Corp.") is hereby APPROVED

BY THE COURT:

_/s/ Ashely M. Chan_
Hon. Ashely M. Chan, Bankruptcy Judge