# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Carolyn D. Whitfield         :
           Debtor(s)    : Case No.   16-10709-AMC
                         : Chapter    13
                         :

## CERTIFICATION OF SERVICE

I, Montgomery L. Wilson, Esq., counsel for debtor(s) herein, certify that I filed the Debtor's motion seeking to modify her bankruptcy plan after Confirmation, as well as her proposed 11th amended Plan – dated May 23, 2023 – with the Electronic Filing System, and have received a "Notice of Electronic Filing" confirming that the following parties have received service or notice of the debtor's motion, by reason of their registration in compliance with paragraph 2(c) and (d) of ECF Standing Order 03-3005 and as amended by ECF Standing Order 04-3009:

| | |
|---|---|
| Kenneth E. West, Esquire<br>Chapter 13 Standing Trustee<br>(via ECF/email) | Office of the U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA  19107<br>(via ECF/email) |

**See attached supplemental list of creditors served via ECF System**

Additionally, pursuant to F.R.B.P. 3015(h) and L.B.R. 3015-5(d), a copy of Debtor's Motion has been served, by first class U.S. mail, postage prepaid, on the date

1

below to all other creditor(s) as listed below on the date below:

U.S. Bank Trust Nat'l Asso., as Trustee of LB-Igloo Series IV Trust
c/o: SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

(by first class mail)

Date: May 24, 2023    Signed: /s/ Montgomery L. Wilson
                             Attorney for the Debtor(s)

                             Montgomery L. Wilson, Esquire
                             Community Legal Services, Inc.
                             North Philadelphia Law Center
                             1410 W. Erie Avenue
                             Philadelphia, PA 19140
                             Tel.: (215) 227-2400
                             Fax: (215) 227-2435
                             mwilson@clsphila.org

**File a Notice:**

[16-10709-amc Carolyn D. Whitfield](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 2 (Philadelphia) |
| Assets: y | Judge: amc | Case Flag: Repeat-PAEB, SkipPriorRelCase |

# U.S. Bankruptcy Court

## Eastern District of Pennsylvania

Notice of Electronic Filing

The following transaction was received from MONTGOMERY L. WILSON entered on 5/23/2023 at 4:46 PM EST and filed on 5/23/2023

**Case Name:** Carolyn D. Whitfield
**Case Number:** [16-10709-amc](#)
**Document Number:** [342](#)

**Docket Text:**
Notice of (related document(s): [341] Motion to Modify Plan -*11th amended plan dated May 23, 2023*-) Filed by Carolyn D. Whitfield. Hearing scheduled 6/13/2023 at 10:00 AM at Courtroom #4. (WILSON, MONTGOMERY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 4.L.B.F. 9014-3_1218.Whitfield.NoticeMay23.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=5/23/2023] [FileNumber=31318652-0] [743b7fa0493e496a462344bd52c471ad7c8dec42b41d7d7dabffc740979713e9de ff21eb1a1db88f840af1cf34981d0084dbd06a553b6ef5e633aa092f65c1a5]]

**16-10709-amc Notice will be electronically mailed to:**

WARD W. BENSON on behalf of Defendant Internal Revenue Service
wardlow.w.benson@usdoj.gov, eastern.taxcivil@usdoj.gov

WILLIAM EDWARD CRAIG on behalf of Creditor Crescent Bank & Trust
ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

ROGER FAY on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust
rfay@milsteadlaw.com, bkecf@milsteadlaw.com

LEON P. HALLER on behalf of Creditor HEMAP Pennsylvania Housing Finance Agency
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MEGAN N. HARPER on behalf of Creditor City of philadelphia
megan.harper@phila.gov, Edelyne.Jean-Baptiste@Phila.gov

STEPHEN SHUCHING HO on behalf of Defendant Internal Revenue Service
Stephen.S.Ho@usdoj.gov, eastern.taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov

DANIEL P. JONES on behalf of Creditor Wilmington Savings Fund Society, FSB D/B/A Christiana Trust, et al

djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust
djones@sterneisenberg.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE on behalf of Creditor Wilmington Savings Fund Society, FSB D/B/A Christiana Trust, et al
cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust
cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

WILLIAM EDWARD MILLER on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BROUGHAM FUND I TRUST c/o BSI FINANCIAL SERVICES
william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER on behalf of Creditor Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely As Trustee For The Primestar-H Fund I Trust. C/O Statebridge Company, LLC
william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust
william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

LAUREN MOYER on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust
lmoyer@friedmanvartolo.com

BRIAN CRAIG NICHOLAS on behalf of Creditor Citibank, N.A., as trustee for CMLTI Asset Trust
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DEVON E. SANDERS on behalf of Debtor Carolyn D. Whitfield
dsanders@clsphila.org

JONATHAN C. SCHWALB on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust
bankruptcy@friedmanvartolo.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

MONTGOMERY L. WILSON on behalf of Debtor Carolyn D. Whitfield
mwilson@clsphila.org

MONTGOMERY L. WILSON on behalf of Plaintiff Carolyn D. Whitfield
mwilson@clsphila.org

**16-10709-amc Notice will not be electronically mailed to:**

Citibank, N.A., as trustee for CMLTI Asset Trust
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust
,