UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| IN RE CAROLYN D. WHITFIELD | CHAPTER 13 |
| Debtor | BR. NO. 16-10709-ELF |

**O R D E R**

AND NOW, this 13th day of June, 2023, and after notice and a hearing on the matter, the Debtor's Motion Modify her Chapter 13 Plan after confirmation, is GRANTED. Accordingly, it is ORDERED and DECREED that the debtor shall file her 11th Amended Plan within 14 days of the date of this order; and, once filed, the 11th Amended Plan shall supersede all previous plans filed in this case. The Docket shall be amended to reflect this Order.

_____
HON. ASHELY M. CHAN
U. S. Bankruptcy Judge