**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:   Carolyn D. Whitfield                    :
                     Debtor(s)              :   Case No.    16-10709-AMC
                                            :   Chapter     13
                                            :

**CERTIFICATION OF SERVICE**

I, Montgomery L. Wilson, Esq., counsel for debtor(s) herein, certify that I filed the Debtor's supplemental 11th amended plan – June 7, 2023 – with the Electronic Filing System, and have received a "Notice of Electronic Filing" confirming that the following parties have received service or notice of the debtor's motion, by reason of their registration in compliance with paragraph 2(c) and (d) of ECF Standing Order 03-3005 and as amended by ECF Standing Order 04-3009:

| | |
|---|---|
| Kenneth E. West, Esquire<br>Chapter 13 Standing Trustee<br>(via ECF/email) | Office of the U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA  19107<br>(via ECF/email) |

**See attached supplemental list of creditors served via ECF System**

Additionally, pursuant to F.R.B.P. 3015(h) and L.B.R. 3015-5(d), a copy of Debtor's 11th amended plan has been served, by first class U.S. mail, postage prepaid, on the date below to all other creditor(s) as listed below on the date below:

1

U.S. Bank Trust Nat'l Asso., as Trustee of LB-Igloo Series IV Trust
c/o: SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

(by first class mail)

Date: June 15, 2023          Signed: /s/ Montgomery L. Wilson
                                     Attorney for the Debtor(s)

                                     Montgomery L. Wilson, Esquire
                                     Community Legal Services, Inc.
                                     North Philadelphia Law Center
                                     1410 W. Erie Avenue
                                     Philadelphia, PA 19140
                                     Tel.: (215) 227-2400
                                     Fax: (215) 227-2435
                                     mwilson@clsphila.org

## Ch-13 16-10709-amc Chapter 13 Plan - Carolyn D. Whitfie

### BKECF_LiveDB@paeb.uscourts.gov <BKECF_LiveDB@paeb.uscourts.gov>

Tue 6/13/2023 5:27 PM

To:Courtmail@paeb.uscourts.gov <Courtmail@paeb.uscourts.gov>

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Eastern District of Pennsylvania

Notice of Electronic Filing

The following transaction was received from MONTGOMERY L. WILSON entered on 6/13/2023 at 5:26 PM EST and filed on 6/13/2023

**Case Name:**        Carolyn D. Whitfield
**Case Number:**        16-10709-amc
**Document Number:** 349

**Docket Text:**
Chapter 13 Plan *11th Amended Plan - dated June 7th, 2023 -* Filed by Carolyn D. Whitfield. (WILSON, MONTGOMERY)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**7.11Amendplansuppl.filing.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=6/13/2023] [FileNumber=31354699-0] [a600067e932226cf73c7a1ed21a3f331d66b2ec653628a36c7783dbff82ed88188 c6d9d5655ac189162813eab1844b3cdfd1c80624347b1650e8c47a0c7e3808]]

**16-10709-amc Notice will be electronically mailed to:**

WARD W. BENSON on behalf of Defendant Internal Revenue Service
wardlow.w.benson@usdoj.gov, eastern.taxcivil@usdoj.gov

WILLIAM EDWARD CRAIG on behalf of Creditor Crescent Bank & Trust
ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

ROGER FAY on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust
rfay@milsteadlaw.com, bkecf@milsteadlaw.com

LEON P. HALLER on behalf of Creditor HEMAP Pennsylvania Housing Finance Agency
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MEGAN N. HARPER on behalf of Creditor City of philadelphia
megan.harper@phila.gov, Edelyne.Jean-Baptiste@Phila.gov

STEPHEN SHUCHING HO on behalf of Defendant Internal Revenue Service
Stephen.S.Ho@usdoj.gov, eastern.taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov

DANIEL P. JONES on behalf of Creditor Wilmington Savings Fund Society, FSB D/B/A Christiana Trust, et al
djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust
djones@sterneisenberg.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE on behalf of Creditor Wilmington Savings Fund Society, FSB D/B/A Christiana Trust, et al
cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust
cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

WILLIAM EDWARD MILLER on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BROUGHAM FUND I TRUST c/o BSI FINANCIAL SERVICES
william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER on behalf of Creditor Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely As Trustee For The Primestar-H Fund I Trust. C/O Statebridge Company, LLC
william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust
william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

LAUREN MOYER on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust
lmoyer@friedmanvartolo.com

BRIAN CRAIG NICHOLAS on behalf of Creditor Citibank, N.A., as trustee for CMLTI Asset Trust
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DEVON E. SANDERS on behalf of Debtor Carolyn D. Whitfield
dsanders@clsphila.org

JONATHAN C. SCHWALB on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust
bankruptcy@friedmanvartolo.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

MONTGOMERY L. WILSON on behalf of Debtor Carolyn D. Whitfield
mwilson@clsphila.org

MONTGOMERY L. WILSON on behalf of Plaintiff Carolyn D. Whitfield
mwilson@clsphila.org

**16-10709-amc Notice will not be electronically mailed to:**

Citibank, N.A., as trustee for CMLTI Asset Trust
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust
,