United States Bankruptcy Court
Eastern District of Pennsylvania

| In re: | Case No. 16-10709-amc |
|---|---|
| Carolyn D. Whitfield | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn D. Whitfield, 1627 W. Nedro Avenue, Philadelphia, PA 19141-1811 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2023                         Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2023 at the address(es) listed below:**

**Name**              **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor Wilmington Savings Fund Society  FSB D/B/A Christiana Trust, et al cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

DANIEL P. JONES
    on behalf of Creditor Wilmington Savings Fund Society  FSB D/B/A Christiana Trust, et al djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its individual capacity but solely as

District/off: 0313-2  User: admin  Page 2 of 2
Date Rcvd: Jun 13, 2023  Form ID: pdf900  Total Noticed: 1

| | |
|---|---|
| | Trustee for Brougham Fund I Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DEVON E. SANDERS | on behalf of Debtor Carolyn D. Whitfield dsanders@clsphila.org |
| JONATHAN C. SCHWALB | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust lmoyer@friedmanvartolo.com |
| LEON P. HALLER | on behalf of Creditor HEMAP Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MEGAN N. HARPER | on behalf of Creditor City of philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| MONTGOMERY L. WILSON | on behalf of Plaintiff Carolyn D. Whitfield mwilson@clsphila.org |
| MONTGOMERY L. WILSON | on behalf of Debtor Carolyn D. Whitfield mwilson@clsphila.org |
| ROGER FAY | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| STEPHEN SHUCHING HO | on behalf of Defendant Internal Revenue Service Stephen.S.Ho@usdoj.gov eastern.taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WARD W. BENSON | on behalf of Defendant Internal Revenue Service wardlow.w.benson@usdoj.gov eastern.taxcivil@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Crescent Bank & Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| WILLIAM EDWARD MILLER | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com |
| WILLIAM EDWARD MILLER | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BROUGHAM FUND I TRUST c/o BSI FINANCIAL SERVICES william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com |
| WILLIAM EDWARD MILLER | on behalf of Creditor Wilmington Savings Fund Society FSB, Not In Its Individual Capacity But Solely As Trustee For The Primestar-H Fund I Trust. C/O Statebridge Company, LLC william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com |

TOTAL: 21

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : |  |
|  | : | CHAPTER 13 |
|  | : |  |
| IN RE CAROLYN D. WHITFIELD | : |  |
|  | : | BR. NO. 16-10709-ELF |
| Debtor | : |  |

# O R D E R

AND NOW, this 13th day of June, 2023, and after notice and a hearing on the matter, the Debtor's Motion Modify her Chapter 13 Plan after confirmation, is GRANTED. Accordingly, it is ORDERED and DECREED that the debtor shall file her 11th Amended Plan within 14 days of the date of this order; and, once filed, the 11th Amended Plan shall supersede all previous plans filed in this case. The Docket shall be amended to reflect this Order.

_____
HON. ASHELY M. CHAN
U. S. Bankruptcy Judge