UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE CAROLYN D. WHITFIELD, | : | CHAPTER 13 |
| | : | |
| Debtor | : | BR. NO. 16-10709-AMC |
| | : | |
| | : | **Hearing: 07/18/2023** |
| | : | **at 11:00 a.m. in Courtroom #4** |

## PRAECIPE WITHDRAWING DEBTOR'S MOTION TO CONTINUE THE TRUSTEE'S MOTION TO DISMISS OR ALTERNATIVELY REQUESTING A CHAPTER 13 HARDSHIP DISCHARGE

To the Clerk of the Court:

The debtor in the above-captioned case Carolyn D. Whitfield hereby withdrawals her pending Motion seeking to: i) continue the Trustee's Motion to Dismiss or ii) Requesting a Chapter 13 discharge pursuant to 11 U.S.C. § 1328(b). A hearing on the pending motion is scheduled for July 18, 2023 at 11 am.

Respectfully submitted,

/s/ Montgomery L. Wilson
MONTGOMERY L. WILSON, ESQ.
Attorney for the Debtor
COMMUNITY LEGAL SERVICES
1410 W. Erie Avenue
Philadelphia, PA  19140
Tele: (215) 227-2401
Email: mwilson@clsphila.org
DATE: June 28, 2023