B2830 (Form 2830)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE CAROLYN D. WHITFIELD, | : | CHAPTER 13 |
| | : | |
| Debtor | : | BR.  NO.  16-10709-AMC |
| | : | |
| | : | |

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I.  Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

**X** -    I owed no domestic support obligation when I filed my bankruptcy  petition, and I  have not been required to pay any such obligation since then.

❑  I am or have been required to pay a domestic support obligation.  I have paid all  such amounts that my chapter 13 plan required me to pay.  I have also paid all  such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address:

_____

_____

My current employer and my employer's address:

_____

_____

B2830 (Form 2830)

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

**X** - I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

❑      I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

07/12/2023 17:21 UTC

*C Nhat*

Executed on _____                    _____
             Date                                          Debtor

*** Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.**



## Envelope Data

| | |
|---|---|
| Subject: | Form for Trustee |
| Documents: | L.B.F. 4004-3B_Whitfield.pdf |
| Document Hash: | 1865621 |
| Envelope ID: | ENV47910495-7077-AFDC-8721-ECBD |
| Sender: | Montgomery Wilson |
| Sent: | 07/12/2023 17:12 PM UTC |
| Status: | Completed |
| Status Date: | 07/12/2023 17:21 PM UTC |

| | |
|---|---|
| Access Authentication: | None |
| Email Access Code: | Unchecked |
| Email Verification: | Not enabled |

## Recipients / Roles

| Name / Role | Address | Type |
|---|---|---|
| Montgomery Wilson | mwilson@clsphila.org | Sender |
| Carolyn Whitfield | cece907428@gmail.com | Signer |
| Montgomery Wilson | mwilson@clsphila.org | Cc |

## Document Events

| Name / Roles | Email | IP Address | Date | Event |
|---|---|---|---|---|
| Montgomery Wilson | mwilson@clsphila.org | 23.24.26.121 | 07/12/2023 17:12 PM UTC | Created |
| Carolyn Whitfield | cece907428@gmail.com | 172.56.218.41 | 07/12/2023 17:21 PM UTC | Signed |
| | | | 07/12/2023 17:21 PM UTC | **Status - Completed** |

## Carbon Copy Events

| Name / Roles | Email | Sent |
|---|---|---|
| Montgomery Wilson | mwilson@clsphila.org | 07/12/2023 17:21 PM UTC |

## Signer Signatures

| Signer Name / Roles | Signature | Initials |
|---|---|---|
| Carolyn Whitfield | | |