United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Carolyn D. Whitfield  
    Debtor

Case No. 16-10709-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Jul 12, 2023      Form ID: 138OBJ      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn D. Whitfield, 1627 W. Nedro Avenue, Philadelphia, PA 19141-1811 |
| 14519761 | | Citibank, N.A, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14502642 | | Citibank, N.A.,, PO Box 814609, Dallas, TX 75381-4609 |
| 13669216 | + | City of Philadelphia, Bureau of Administrative Adjudication, 913 Filbert Street, Philadelphia, PA 19107-3117 |
| 13669215 | + | City of Philadelphia, Bureau of Adjudication, 913 Filbert Street, Philadelphia, PA 19107-3117 |
| 14518918 | + | HEMAP Pennsylvania Housing Finance Agency, c/o Purcell, Krug and Haller, 1719 North Front Street, Harrisburg, PA 17102-2305 |
| 13669222 | + | Legacy Funding Corporation, Inc., 4 Woodstone Drive, Doylestown, PA 18901-7011 |
| 13669227 | + | Statebridge Company, 4600 S Syracuse Street, Suite 7, Denver, CO 80237-2768 |
| 13669230 | + | Wilmington Savings Fund Society, FSB, 5680 Greenwqood Plaza Road, Englewood, CO 80111-2414 |
| 13752869 | + | Wilmington Savings Fund Society, FSB, et al, c/o Statebridge Company, LLC, 5680 Greenwood Plaza Blvd., Suite 100s, Greenwood Village, CO 80111-2404 |
| 13669231 | + | Xerox State and Local Solutions, 12410 Milestone enter Drive, Germantown, MD 20876-7101 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 13 2023 00:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2023 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13678627 | | Email/PDF: ebn_ais@aisinfo.com | Jul 13 2023 00:35:05 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13669217 | | Email/Text: megan.harper@phila.gov | Jul 13 2023 00:35:00 | City of Philadelphia, Law Department - Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19105-1595 |
| 13669214 | | Email/Text: megan.harper@phila.gov | Jul 13 2023 00:35:00 | City of Philadelphia, Revenue Department, Attn: Bankruptcy/Real Estate Taxes, PO Box 1630, Philadelphia, PA 19105-1630 |
| 14577357 | ^ | MEBN | Jul 13 2023 00:29:05 | Citibank, N.A., as trustee for CMLTI Asset Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13669218 | + | Email/Text: ccusa@ccuhome.com | Jul 13 2023 00:35:00 | Credit Collections U.S.A., L.L.C., 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 13675289 | + | Email/Text: bankruptcy@cbtno.com | Jul 13 2023 00:35:00 | Crescent Bank & Trust, P.O. Box 61813, New Orleans, LA 70161-1813 |
| 13669219 | + | Email/Text: bankruptcy@cbtno.com | Jul 13 2023 00:35:00 | Crescent Bank and Trust, 1450 Poydras Street, Ste. 1800, New Orleans, LA 70112-1227 |
| 13669220 | + | Email/Text: bknotice@ercbpo.com | Jul 13 2023 00:35:00 | Enhanced Recovery Company, 8014 Bayberry |

Case 16-10709-amc   Doc 357   Filed 07/14/23   Entered 07/15/23 00:32:09   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 12, 2023 | Form ID: 138OBJ | Total Noticed: 41 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Road, Jacksonville, FL 32256-7412 |
| 13669221 | + | Email/Text: bknotice@ercbpo.com | Jul 13 2023 00:35:00 | Enhanced Resource Centers, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14639539 | ^ | MEBN | Jul 13 2023 00:29:11 | FRIEDMAN VARTOLO, LLP, Attorneys for SN Servicing Corporation a, Series IV Trust, 85 Broad Street, Suite 501, New York, New York 10004, bankruptcy@FriedmanVartolo.com 10004-1734 |
| 14639331 | ^ | MEBN | Jul 13 2023 00:29:10 | FRIEDMAN VARTOLO, LLP, Attorneys for SN Servicing Corporation a, servicer for U.S. Bank Trust N.A., 1325 Franklin Avenue, Suite 230, Garden City, New York 11530-1631 |
| 13835757 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 13 2023 00:35:00 | IRS, PO Box 21126, Phila PA 19114 |
| 13731439 | + | Email/Text: jcbechtel@comcast.net | Jul 13 2023 00:35:00 | Legacy Funding Corp., P.O. Box 331, Doylestown, PA 18901-0331 |
| 13669223 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 13 2023 00:34:51 | Navient, U.S. Department of Education Loan Servic, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 13735126 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 13 2023 00:35:06 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13900281 | | Email/Text: blegal@phfa.org | Jul 13 2023 00:35:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 13709929 | + | Email/Text: bankruptcynotices@psecu.com | Jul 13 2023 00:35:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 13669224 | | Email/Text: blegal@phfa.org | Jul 13 2023 00:35:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, Harrisburg, PA 17101-1406 |
| 13669225 | | Email/Text: bankruptcynotices@psecu.com | Jul 13 2023 00:35:00 | Pennsylvania State Employee Credit Union, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 13669226 | ^ | MEBN | Jul 13 2023 00:29:02 | Philadelphia Gas Works, Attn: Bankruptcy Unit, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2898 |
| 13692674 | + | Email/Text: bankruptcy@philapark.org | Jul 13 2023 00:35:00 | Philadelphia Parking Authority, 701 Market St. Suite 5400, Philadelphia, PA 19106-2895 |
| 14639727 | ^ | MEBN | Jul 13 2023 00:29:07 | SN Servicing Corporation as servicer, for U.S. Bank Trust NA..., c/o Lorraine Gazzara Doyle, Esquire, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 13669228 | ^ | MEBN | Jul 13 2023 00:29:13 | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14616157 | ^ | MEBN | Jul 13 2023 00:28:56 | U.S. Bank Trust National Association, as, Trustee of LB-Igloo Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 13751044 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 13 2023 00:35:06 | Wells Fargo Bank, PO Box 5058 MAC P6053-021, Portland, OR 97208-5058 |
| 13669229 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 13 2023 00:35:05 | Wells Fargo Bank, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 13751551 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 13 2023 00:35:06 | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 13886064 | + | Email/Text: bankruptcy@bsifinancial.com | Jul 13 2023 00:35:00 | Wilmington Savings Fund Society, et al., c/o BSI Financial Services, 1425 Greenway Drive, #400, Irving, TX 75038-2480 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13764889 | *+ | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 14616185 | *+ | U.S. Bank Trust National Association, as, Trustee of LB-Igloo Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS
     on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHRISTOPHER M. MCMONAGLE
     on behalf of Creditor Wilmington Savings Fund Society FSB D/B/A Christiana Trust, et al cmcmonagle87@gmail.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE
     on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust cmcmonagle87@gmail.com, bkecf@sterneisenberg.com

DANIEL P. JONES
     on behalf of Creditor Wilmington Savings Fund Society FSB D/B/A Christiana Trust, et al djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES
     on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

DEVON E. SANDERS
     on behalf of Debtor Carolyn D. Whitfield dsanders@clsphila.org

JONATHAN C. SCHWALB
     on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust bankruptcy@friedmanvartolo.com

KENNETH E. WEST
     ecfemails@ph13trustee.com philaecf@gmail.com

LAUREN MOYER
     on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust lmoyer@friedmanvartolo.com

LEON P. HALLER
     on behalf of Creditor HEMAP Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MEGAN N. HARPER
     on behalf of Creditor City of philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

Case 16-10709-amc  Doc 357  Filed 07/14/23  Entered 07/15/23 00:32:09  Desc
Imaged Certificate of Notice  Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 12, 2023 | Form ID: 138OBJ | Total Noticed: 41 |

| | |
|---|---|
| MONTGOMERY L. WILSON | on behalf of Debtor Carolyn D. Whitfield mwilson@clsphila.org |
| MONTGOMERY L. WILSON | on behalf of Plaintiff Carolyn D. Whitfield mwilson@clsphila.org |
| ROGER FAY | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| STEPHEN SHUCHING HO | on behalf of Defendant Internal Revenue Service Stephen.S.Ho@usdoj.gov eastern.taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WARD W. BENSON | on behalf of Defendant Internal Revenue Service wardlow.w.benson@usdoj.gov eastern.taxcivil@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Crescent Bank & Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| WILLIAM EDWARD MILLER | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BROUGHAM FUND I TRUST c/o BSI FINANCIAL SERVICES william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com |
| WILLIAM EDWARD MILLER | on behalf of Creditor Wilmington Savings Fund Society FSB, Not In Its Individual Capacity But Solely As Trustee For The Primestar-H Fund I Trust. C/O Statebridge Company, LLC william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com |
| WILLIAM EDWARD MILLER | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com |

TOTAL: 21

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Carolyn D. Whitfield

       Debtor(s)                                 Case No: 16−10709−amc

                                                       Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                                900 Market Street
                                    Suite 400
                              Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/12/23