United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10709-amc |
| Carolyn D. Whitfield | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 12, 2023 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Carolyn D. Whitfield, 1627 W. Nedro Avenue, Philadelphia, PA 19141-1811 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2023               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:**

**Name**                          **Email Address**

BRIAN CRAIG NICHOLAS
                    on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust bnicholas@kmllawgroup.com,
                    bkgroup@kmllawgroup.com

CHRISTOPHER M. MCMONAGLE
                    on behalf of Creditor Wilmington Savings Fund Society  FSB D/B/A Christiana Trust, et al cmcmonagle87@gmail.com,
                    bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE
                    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its individual capacity but solely as
                    Trustee for Brougham Fund I Trust cmcmonagle87@gmail.com, bkecf@sterneisenberg.com

DANIEL P. JONES
                    on behalf of Creditor Wilmington Savings Fund Society  FSB D/B/A Christiana Trust, et al djones@sterneisenberg.com,
                    bkecf@sterneisenberg.com

DANIEL P. JONES
                    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its individual capacity but solely as

Trustee for Brougham Fund I Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

DEVON E. SANDERS
on behalf of Debtor Carolyn D. Whitfield dsanders@clsphila.org

JONATHAN C. SCHWALB
on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB-Igloo Series IV Trust bankruptcy@friedmanvartolo.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER
on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB-Igloo Series IV Trust lmoyer@friedmanvartolo.com

LEON P. HALLER
on behalf of Creditor HEMAP Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MEGAN N. HARPER
on behalf of Creditor City of philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MONTGOMERY L. WILSON
on behalf of Plaintiff Carolyn D. Whitfield mwilson@clsphila.org

MONTGOMERY L. WILSON
on behalf of Debtor Carolyn D. Whitfield mwilson@clsphila.org

ROGER FAY
on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB-Igloo Series IV Trust rfay@milsteadlaw.com, bkecf@milsteadlaw.com

STEPHEN SHUCHING HO
on behalf of Defendant Internal Revenue Service Stephen.S.Ho@usdoj.gov eastern.taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WARD W. BENSON
on behalf of Defendant Internal Revenue Service wardlow.w.benson@usdoj.gov  eastern.taxcivil@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Crescent Bank & Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

WILLIAM EDWARD MILLER
on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BROUGHAM FUND I TRUST c/o BSI FINANCIAL SERVICES william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER
on behalf of Creditor Wilmington Savings Fund Society  FSB, Not In Its Individual Capacity But Solely As Trustee For The Primestar-H Fund I Trust. C/O Statebridge Company, LLC william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

TOTAL: 21

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Carolyn D. Whitfield
        Debtor(s)

Case No: 16−10709−amc
Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Timothy McGrath,
Clerk of Court

Date: 7/12/23

353
Form 234