United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 16-10709-amc

Carolyn D. Whitfield  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Aug 04, 2023      Form ID: 3180W      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn D. Whitfield, 1627 W. Nedro Avenue, Philadelphia, PA 19141-1811 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 04 2023 23:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Aug 05 2023 03:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2023 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13678627 | | EDI: AIS.COM | Aug 05 2023 03:31:00 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13669217 | | Email/Text: megan.harper@phila.gov | Aug 04 2023 23:33:00 | City of Philadelphia, Law Department - Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19105-1595 |
| 13675289 | + | EDI: CRESCENTBANK.COM | Aug 05 2023 03:30:00 | Crescent Bank & Trust, P.O. Box 61813, New Orleans, LA 70161-1813 |
| 13835757 | | EDI: IRS.COM | Aug 05 2023 03:30:00 | IRS, PO Box 21126, Phila PA 19114 |
| 13731439 | + | Email/Text: jcbechtel@comcast.net | Aug 04 2023 23:33:00 | Legacy Funding Corp., P.O. Box 331, Doylestown, PA 18901-0331 |
| 13735126 | | EDI: MAXMSAIDV | Aug 05 2023 03:30:00 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13900281 | | Email/Text: blegal@phfa.org | Aug 04 2023 23:33:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 13709929 | + | Email/Text: bankruptcynotices@psecu.com | Aug 04 2023 23:33:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 13692674 | + | Email/Text: bankruptcy@philapark.org | Aug 04 2023 23:33:00 | Philadelphia Parking Authority, 701 Market St. Suite 5400, Philadelphia, PA 19106-2895 |
| 14616157 | ^ | MEBN | Aug 04 2023 23:27:13 | U.S. Bank Trust National Association, as, Trustee of LB-Igloo Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 13751044 | + | EDI: WFFC2 | Aug 05 2023 03:30:00 | Wells Fargo Bank, PO Box 5058 MAC |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2023 | Form ID: 3180W | Total Noticed: 15 |

| 13751551 | + EDI: WFFC2 | Aug 05 2023 03:30:00 | P6053-021, Portland, OR 97208-5058<br>Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
|---|---|---|---|

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13764889 | *+ | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 14616185 | *+ | U.S. Bank Trust National Association, as, Trustee of LB-Igloo Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Wilmington Savings Fund Society FSB D/B/A Christiana Trust, et al christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society FSB D/B/A Christiana Trust, et al djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DEVON E. SANDERS | on behalf of Debtor Carolyn D. Whitfield dsanders@clsphila.org |
| JONATHAN C. SCHWALB | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | |

Case 16-10709-amc    Doc 363    Filed 08/06/23    Entered 08/07/23 00:26:56    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2023 | Form ID: 3180W | Total Noticed: 15 |

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LAUREN MOYER

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust lmoyer@friedmanvartolo.com

LEON P. HALLER

on behalf of Creditor HEMAP Pennsylvania Housing Finance Agency lhaller@pkh.com dmauer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MEGAN N. HARPER

on behalf of Creditor City of philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

MONTGOMERY L. WILSON

on behalf of Debtor Carolyn D. Whitfield mwilson@clsphila.org

MONTGOMERY L. WILSON

on behalf of Plaintiff Carolyn D. Whitfield mwilson@clsphila.org

ROGER FAY

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust rfay@milsteadlaw.com, bkecf@milsteadlaw.com

STEPHEN SHUCHING HO

on behalf of Defendant Internal Revenue Service Stephen.S.Ho@usdoj.gov eastern.taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WARD W. BENSON

on behalf of Defendant Internal Revenue Service wardlow.w.benson@usdoj.gov eastern.taxcivil@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Crescent Bank & Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com

WILLIAM EDWARD MILLER

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BROUGHAM FUND I TRUST c/o BSI FINANCIAL SERVICES william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER

on behalf of Creditor Wilmington Savings Fund Society FSB, Not In Its Individual Capacity But Solely As Trustee For The Primestar-H Fund I Trust. C/O Statebridge Company, LLC william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER

on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

TOTAL: 22

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Carolyn D. Whitfield<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8776<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 16–10709–amc | |

# Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Carolyn D. Whitfield
    aka Carolyn P Whitfield

<u>8/3/23</u>                                                                              **By the court:** <u>Ashely M. Chan</u>
                                                                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**