United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10709-amc |
| Carolyn D. Whitfield | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 18, 2023 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn D. Whitfield, 1627 W. Nedro Avenue, Philadelphia, PA 19141-1811 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 19 2023 01:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2023 01:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2023             Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER M. MCMONAGLE | |

Case 16-10709-amc   Doc 366   Filed 10/20/23   Entered 10/21/23 00:33:26   Desc
Imaged Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 18, 2023 | Form ID: 138FIN | Total Noticed: 3 |

on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE

on behalf of Creditor Wilmington Savings Fund Society FSB D/B/A Christiana Trust, et al christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com

DANIEL P. JONES

on behalf of Creditor Wilmington Savings Fund Society FSB D/B/A Christiana Trust, et al djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES

on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

DEVON E. SANDERS

on behalf of Debtor Carolyn D. Whitfield dsanders@clsphila.org

JONATHAN C. SCHWALB

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust bankruptcy@friedmanvartolo.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust bkecf@friedmanvartolo.com

LEON P. HALLER

on behalf of Creditor HEMAP Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MEGAN N. HARPER

on behalf of Creditor City of philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MONTGOMERY L. WILSON

on behalf of Plaintiff Carolyn D. Whitfield mwilson@clsphila.org

MONTGOMERY L. WILSON

on behalf of Debtor Carolyn D. Whitfield mwilson@clsphila.org

ROGER FAY

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust rfay@milsteadlaw.com, bkecf@milsteadlaw.com

STEPHEN SHUCHING HO

on behalf of Defendant Internal Revenue Service Stephen.S.Ho@usdoj.gov eastern.taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WARD W. BENSON

on behalf of Defendant Internal Revenue Service wardlow.w.benson@usdoj.gov  eastern.taxcivil@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Crescent Bank & Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

WILLIAM EDWARD MILLER

on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee for Brougham Fund I Trust william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BROUGHAM FUND I TRUST c/o BSI FINANCIAL SERVICES william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

WILLIAM EDWARD MILLER

on behalf of Creditor Wilmington Savings Fund Society FSB, Not In Its Individual Capacity But Solely As Trustee For The Primestar-H Fund I Trust. C/O Statebridge Company, LLC william.miller@padgettlawgroup.com, bankruptcy@friedmanvartolo.com

TOTAL: 22

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Carolyn D. Whitfield
        Debtor(s)

Case No: 16−10709−amc
Chapter: 13

_____

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/18/23